IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2022 CHRYSLER PACIFICA, VIN: 2C4RC3PGXNR143991,

     Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

<u>JURISDICTION AND VENUE</u>

1.    The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 28 U.S.C. § 1395, as the defendant property is located and the acts described herein occurred in the District of Colorado.

<u>DEFENDANT PROPERTY</u>

3.    Defendant 2022 Chrysler Pacifica, VIN: 2C4RC3PGXNR143991 ("defendant 2022 Chrysler Pacifica" or "defendant vehicle") was seized from Tyleke Stokley and Darvin Larrell Campbell on September 25, 2023, in Mesa County,

1

Colorado, and is currently being held by U.S. Customs and Border Protection in Denver, Colorado. Upon information and belief, the defendant vehicle is unencumbered.

<u>FACTUAL BASIS FOR FORFEITURE</u>

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**September 25, 2023 Traffic Stop**

5.      At approximately 3:45 a.m. on September 25, 2023, a Colorado State Patrol ("CSP") trooper working jointly with Homeland Security Investigations ("HSI") agents, observed defendant 2022 Chrysler Pacifica weaving back and forth while heading east on Interstate 70 in Mesa County, Colorado.

6.      The Illinois license plate on the defendant vehicle was registered to Latonya Edwards in Wheaton, Illinois.

7.      A CSP trooper ran the license plate through a database. Records indicated that at approximately 2:00 p.m. on September 23, 2023—less than two days earlier—defendant 2022 Chrysler Pacifica had traveled westbound through Grand Junction, Colorado. Records further indicated that later on September 23, 2023, the defendant vehicle traveled through Nevada into California. Records also indicated that at approximately 6:00 p.m. on September 24, 2023, defendant 2022 Chrysler Pacifica traveled eastbound from California into Nevada.

8.      After observing the defendant vehicle weaving back and forth on September 25, 2023, a CSP trooper initiated a traffic stop of defendant 2022 Chrysler Pacifica on eastbound Interstate 70 in Mesa County, Colorado.

9.     The driver of defendant 2022 Chrysler Pacifica was Tyleke Alexander Stokley ("Stokley") who had a driver's license issued in North Carolina.

10.     Darvin Campbell ("Campbell") was the only passenger in the vehicle. Campbell had a driver's license issued in Alabama.

11.     During the traffic stop, Stokley told the CSP trooper that he and Campbell had gone to Las Vegas for four days and stayed in a hotel there. He said they were headed home. Stokley also told the CSP trooper that defendant 2022 Chrysler Pacifica belonged to his uncle.

12.     When a CSP trooper approached the vehicle to request proof of insurance, Campbell told the law enforcement officer that he and Stokley had stayed at a short-term rental for two days in Las Vegas. Campbell also stated that Stokley attended a wedding while they were in Las Vegas.

13.     Both Stokley and Campbell denied that they traveled to California.

14.     Law enforcement officers observed several pieces of luggage in the back of the defendant vehicle. A CSP trooper observed a large duffle bag that had a lock affixed to the zipper and several green flakes on top of the bag that appeared to be marijuana. At least two of the suitcases still had price tags attached to them.

15.     Stokley claimed that four of the pieces of luggage belong to him.

16.     Campbell denied owning any of the luggage in the back of the van. He stated that he only brought a single backpack, which was on the back seat of the defendant vehicle.

17.     During discussions with Stokley, law enforcement officers observed that his hands were shaking and his lips were quivering.

18.     Law enforcement officers obtained a search warrant to search the defendant vehicle and its contents.

19.     Defendant 2022 Chrysler Pacifica contained 110 packages of cocaine concealed in the suitcases and duffle bags that were in the back of the vehicle. The cocaine that was concealed in the back of the defendant vehicle weighed approximately 132 kilograms.

20.     The street value of the cocaine found in defendant 2022 Chrysler Pacifica on September 25, 2023 would have been approximately $8,690,000 in September 2023.

**Criminal Charges**

21.     On April 4, 2024, Stokley and Campbell were indicted in the District of Colorado. They were each charged with engaging in a conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(ii)(II), which continued from on or about June 1, 2023 through September 25, 2023. Stokley and Campbell were also charged with violating 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)(II) on September 25, 2023, the day of the traffic stop.

<u>CONCLUSION</u>

22.     In summary, based on the facts and circumstances described above, there is reasonable cause to believe that defendant 2022 Chrysler Pacifica was used to facilitate the transportation, sale, receipt, possession, or concealment of illegal drugs.

## VERIFICATION OF SHANE GOSNELL
## SPECIAL AGENT, HOMELAND SECURITY INVESTIGATIONS

I, Special Agent Shane Gosnell, hereby state and aver under the pains and

penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that

the facts and information contained therein are true.

Shane Gosnell
Special Agent - HSI

<u>FIRST CLAIM FOR RELIEF</u>

23.     The Plaintiff repeats and incorporates by reference the paragraphs above.

24.     By the foregoing and other acts, defendant 2022 Chrysler Pacifica, VIN: 2C4RC3PGXNR143991 constitutes property that was used, or intended to be used, in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property used in the commission of violations of 21 U.S.C. § 801, *et seq.*, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant vehicle in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant vehicle and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: April 16, 2024

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   */s/ Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*